UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alexis Collins, | Case No. 24-CV-01665 (JMB/JFD) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Experian Information Solutions, Inc. and TransUnion LLC, | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Alexis Collins's and Defendant TransUnion LLC's (together, the "Parties") Joint Stipulation for Dismissal. (Doc. No. 16.) Plaintiff wishes to dismiss their Complaint (Doc. No. 1-2) against Defendant TransUnion LLC under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Parties have signed a Joint Stipulation of Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc 1-2) is DISMISSED WITH PREJUDICE against defendant TransUnion LLC, and each party shall bear their own costs and attorneys' fees.

Dated: July 11, 2024                            /s/ *Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court